**March 18, 2021 DEA Letter
EXHIBIT E**

Case: 1:21-cv-01955 Document #: 1-5 Filed: 04/12/21 Page 2 of 12 PageID #:33

**U. S. Department of Justice**

Drug Enforcement Administration

---

*www.dea.gov*    March 18, 2021

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Edward Johnson, Esq.
555 W. Jackson Boulevard
Suite 700
Chicago, IL 60661

RE:   Asset ID. No.:    20-DEA-664951
      Property:         $33,783.00 U.S. Currency
      Claimant:         Mary S. Wilson

Dear Mr. Johnson,

     The Drug Enforcement Administration (DEA), Asset Forfeiture Section, received your most recent correspondence dated February 19, 2021, regarding the above-referenced property. Please be advised that your client's claim for the above-referenced property is being returned because, as you concede, it was received in this office after the September 25, 2020 claim deadline. The claim deadline was noted in the personal notice letter sent to your client. The DEA is unable to extend the deadline to file a claim. 28 CFR §8.10.

     Your client previously exercised her due process rights in this matter and filed a petition for remission or mitigation of forfeiture. You are hereby granted an additional 30 days from the date of this letter to submit supplemental information to be considered as part of your client's petition. 28 CFR §9.3.

     If you elect to provide additional documentation, please send the documentation to the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, 8701 Morrissette Drive, Springfield, Virginia 22152. Please include the DEA Asset ID number referenced above. Correspondence will be deemed *filed (or submitted)* on the **business** date it is actually received by the Forfeiture Counsel at the address listed above. Correspondence **will not be accepted nor considered filed on weekends or federal holidays,** or when it is received by any other office or official, such as a court, United States Attorney's Office, or local DEA office. In

**EXHIBIT E**

addition, documentation cannot be submitted by facsimile transmission. Finally, correspondence is not considered filed or submitted on the date it is mailed or delivered to any person for delivery to the Forfeiture Counsel.

Sincerely,

Scott Hale
Senior Attorney
Asset Forfeiture Section

Enclosure



**U.S. Department of Justice**

Drug Enforcement Administration

---

Mary S. Wilson
10527 South Michigan Avenue
Chicago, IL 60628

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** August 21, 2020 | **Asset ID Number:** 20-DEA-664951 |
| **Notice Letter ID:** 191887 (use ID when searching for assets during online filing) ||
| **Description of Seized Property:** $33,783.00 U.S. Currency ||
| **Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on June 25, 2020 by the DEA at Chicago, Illinois. ||
| **Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 21 USC 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9. ||

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

   **TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

   A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
   B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Drug Enforcement Administration (DEA), Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.
   C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.
   D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
   E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.
   F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.
   G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Forfeiture Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.
   H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.
   I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.
   J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

Mary S. Wilson                                                    Notice of Seizure

II. **TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.** *If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

   A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the DEA, Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152.
   B. **Time Limits**: A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **September 25, 2020**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.
   C. **Requirements for Claim**: A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.
   D. **Claim Forms**: A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
   E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.
   F. **No Attorney Required**: You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.
   G. **When You File a Claim**: A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.
   H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.
   I. **If No Claim is Filed**: Failure to file a claim by **11:59 PM EST** on **September 25, 2020** may result in the property being forfeited to the United States.
   J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

III. **TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP**

   A. **Hardship Release**: Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. 983(f); 28 C.F.R. § 8.15.
   B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
      - Claimant has a possessory interest in the property;
      - Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
      - Government's continued possession will cause a substantial hardship to the claimant.
   C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.



# EDWARD JOHNSON & ASSOCIATES P.C.

555 W. JACKSON BLVD. SUITE 700, CHICAGO, IL 60661
OFC: 708.606.4386 – WWW.EDWARDJOHNSONLAW.COM – FAX: 708.526.9837

Linda Rannazzisi
Drug Enforcement Administration
Forfeiture Counsel
Asset Forfeiture Section
8701 Morrissette Drive
Springfield, VA 22152

February 19, 2021

Dear Forfeiture Council,

    We are contracting you on behalf of Mary S. Wilson. Ms. Wilson has a legally recognizable claim to $33,783.00 U.S. Currency, SN: **** seized by the DEA on June 25, 2020, in Chicago, IL. Asset ID: 20-DEA-664951. Ms. Wilson received notice of seizure of property and initiation of administrative forfeiture proceedings on August 21, 2020. Ms. Wilson contacted our office and we filed a petition for remission on September 18, 2020. This was a mistake, we intended to file a sufficient claim for Ms. Wilson in order to preserve her right to contest the forfeiture of her property. COVID-19 has disrupted the practice of law and we appreciate your cooperation with the unprecedented delays encumbering the legal system.

    Pursuant to 18 U.S.C. § 983(a)(2)(B) a valid claim must be filed by the deadline indicated in the original notice, which is no later than 35 days after the date of the notice letter. We understand that this most recent claim is defective, however, we ask that you consider Ms. Wilson's due process rights in contesting the forfeiture of her property. Our office was timely in asserting Ms. Wilson's right, however, we filed the wrong form. Upon review of Ms. Wilson's case materials we discovered this error, and now we wish to promptly correct this error and give Ms. Wilson a fair opportunity to contest the forfeiture. We are contacting you on the day this error was discovered.

    We understand that addressing the timeliness or content of a claim requires balancing multiple competing interests. On the one hand, we acknowledge the importance of statutory requirements, but we ask you to thoroughly consider Ms. Wilson's right to contest the government's forfeiture of her property. Ms. Wilson should not be punished for this filing error. Should your office reject the attached claim as defective, and issue an administrative forfeiture declaration, we would appreciate receiving that information as soon as possible. In order to protect Ms. Wilsons' rights and interests, we will then have to seek federal district court intervention in the form of a motion to set aside the administrative declaration under 18 U.S.C. § 983(e). Please contact our office by phone or email if you have any questions. We appreciate your cooperation regarding this matter.

Very truly yours,

Edward Johnson
Edward@edwardjohnsonlaw.com – Direct 708.606.4386

DocuSign Envelope ID: 70A119EA-CB94-4AE2--02E253ACF578



# CLAIM FORM

## YOU MUST COMPLETE **ALL** PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement**: If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.



2021 FEB 22 PM 3:53

Standard Claim FormFebruary 19, 2021Page 1

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION ||
|---|---|
| **Claimant/Contact Name**: (Last, First) <br> WILSON, MARY ||
| **Business/Institution Name**: (if applicable) | **Prisoner ID**: (if applicable) |
| **Address**: (Include Street, City, State, and Zip Code) <br><br> 10527 SOUTH MICHIGAN AVE. <br> CHICAGO, IL 60628 ||
| **Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one) <br> 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 ||
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A**: <br><br><br> ||
| **Phone**: (optional) | **Email**: (optional) |
| **ATTORNEY INFORMATION** (if applicable) ||
| **Attorney Name**: (Last, First) <br> JOHNSON, EDWARD ||
| **Attorney Title**: <br> MR. ||
| **Firm Name**: (if applicable) <br> EDWARD JOHNSON & ASSOCIATES, P.C. ||
| **Attorney Address**: (Include Street, City, State, and Zip Code) <br><br> 555 W. JACKSON BLVD. STE 700 <br> CHICAGO, IL 60661 ||
| **Are you an attorney filing this claim on behalf of your client?**  X YES  ☐ NO ||
| **Attorney Phone**: (optional) <br> 708-606-4386 | **Attorney Email**: (optional) <br> info@edwardjohnsonlaw.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

List each asset ID and asset description that you are claiming.

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 20-DEA-664951 | $33,783.00 U.S. Currency, SN: **** Seized by DEA on June 25, 2020 in Chicago, IL. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



DocuSign Envelope ID: 70A119EA-CB94-4AE2D-02E253ACF578

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
| 20-DEA-664951 | $33,783.00 U.S. Currency, SN: **** Seized by DEA on June 25, 2020 in Chicago, IL. |
|  |  |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset**:

I have a valid, good faith, and legally recognizable interest in the money seized. This is money I have made over my time in the entertainment business. All of this money is my life savings.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

These documents were seized by the investigative agency.



## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION ||
|---|---|
| Asset ID | Asset Description |
|  |  |
|  |  |

| INSURANCE CLAIM INFORMATION (if applicable) ||
|---|---|
| **Name of Insured**: (Last, First) ||
| **Policy Number**: | **Claim Number**: |
| **Name of Insurance Company**: | **Name of Insurance Agent**: (Last, First) |
| **Insurance Company Address**: (Include Street, City, State, and Zip Code) ||
| **Phone**: (optional) | **Email**: (optional) |
| Have you received compensation from the insurance company?  ☐ YES   ☐ NO | **Amount of Compensation**: |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) ||
|---|---|
| **Source of Recovery 1**: | **Amount of Recovery**: |
| **Source of Recovery 2**: | **Amount of Recovery**: |

**In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.**



DocuSign Envelope ID: 70A119EA-CB94-4AE2...D-02E253ACF578

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

DocuSigned by:
*Mary Wilson*
749A0EFF00E7486...

Signature

**MARY WILSON**

Printed Name

2-19-2021

Date

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

EDWARD JOHNSON
708-606-4386
EDWARD JOHNSON AND ASSOCIATES
555 W JACKSON BLVD
CHICAGO IL 60661

0.1 LBS LTR    1 OF 1

SHIP TO:
LINDA RANNAZZISI FORFEITURE COUNSEL
DEA ASSET FORFEITURE SECTION
8701 MORRISSETTE DRIVE
**SPRINGFIELD VA 22152**



VA 224 9-42

**UPS NEXT DAY AIR SAVER**    1P
TRACKING #: 1Z R37 Y62 A4 3058 3312



BILLING: P/P
ADULT SIGNATURE REQUIRED-MIN 21

XOL 21.02.07    NV45 42.0A 01/2021