UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY S. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | No: 21 CV 1955 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al | ) | Judge Thomas M. Durkin |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

The petitioner Mary S. Wilson, by her attorney EDWARD JOHNSON, and the United States of America, by its attorney JOHN LAUSCH, JR., hereby file this joint status report.

1. Nature of the Case: On April 12, 2021, plaintiff filed a Motion for Return of Seized Property arising out of an administrative forfeiture action of $33,783 of seized funds. On or about June 25, 2020, the DEA seized those funds from petitioner at O'Hare Airport based on probable cause of narcotics trafficking. On or about August 21, 2020, the DEA issued notice of administrative forfeiture to plaintiff. Plaintiff submitted a petition for remission to the DEA on September 19, 2020. The DEA sent a filing confirmation dated September 24, 2020. On February 19, 2021, plaintiff mailed the DEA a detailed letter explaining plaintiff did not intend to submit an administrative petition but intended to submit a claim which would initiate judicial proceedings and submitted an amended claim. On March 26, 2021, the DEA sent a response to plaintiff, which offered to accept supporting documentation to be considered administratively but was unable to extend the deadline to file a claim. On April 12, 2021, plaintiff filed a Motion for Return of Seized Property seeking the Court to enter an order requiring the government to return plaintiff's property or initiate judicial forfeiture proceedings. The assets were administratively forfeited by the DEA

on April 20, 2021.

2. Pending Motion and Case Plan: Plaintiff filed a Motion for Return of Seized Property and the motion is still pending. The parties suggest that this Court allow the government to file their answer within 2 weeks and set a 30-day deadline for plaintiff's response.

3. Consent to Proceed Before a Magistrate Judge: The parties' consent to proceed before a Magistrate Judge.

4. Status of Settlement Discussions: The parties have been unable to reach a settlement agreement.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Anthony Chmura
ANTHONY CHMURA
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6049
anthony.chmura@usdoj.gov

By: s/ Edward D. Johnson III
EDWARD D. JOHNSON III
Attorney for Plaintiff
555 W. Jackson Blvd., Ste. 700
Chicago, IL 60661
(708) 606-4386
Edward@edwardjohnsonlaw.com