**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Mary S. Wilson
                                      Plaintiff,

v.                                                                         Case No.: 1:21−cv−01955
                                                                                Honorable Thomas M. Durkin

United States of America, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 14, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: The Court requires additional briefing: (1) Plaintiff should address whether the Court has jurisdiction over her Excessive Fines Clause claim if Federal Rule of Criminal Procedure 41(g) does not provide jurisdiction; and (2) the government should address Plaintiff's Excessive Fines Clause claim in all respects. The parties should file their briefs of no more than 10 pages each by 11/4/2021. The 11/1/2021 status hearing is vacated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.